COURT OF APPEALS OF VIRGINIA

Present:   Judges Elder, Alston and Senior Judge Willis

DISH NETWORK CORPORATION AND
  INDEMNITY INSURANCE COMPANY
  OF NORTH AMERICA

                                                    MEMORANDUM OPINION*
v.      Record No. 1323-12-1                              PER CURIAM
                                                       DECEMBER 26, 2012
ROBERT LAWRENCE ROBINSON, JR.


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (S. Vernon Priddy III; Two Rivers Law Group, P.C., on brief), for
            appellants.

            (Adam B. Shall; Philip J. Geib, P.C., on brief), for appellee.


       Dish Network Corporation and Indemnity Insurance Company of North America appeal a

decision of the Workers' Compensation Commission finding that (1) the statute of limitations

did not bar Robert Lawrence Robinson, Jr.'s claim for surgery for cubital tunnel syndrome and

related disability benefits, and (2) Robinson met his burden to establish that his ulnar nerve

problem at his elbow is causally related to his industrial injury.  We have reviewed the record

and the commission's opinion and find that this appeal is without merit.  Accordingly, we affirm

for the reasons stated by the commission in its final opinion.  See Robinson v. Dish Network

Corp., VWC File No. JCN 238-91-16 (June 28, 2012).  We dispense with oral argument and

summarily affirm because the facts and legal contentions are adequately presented in the

materials before the Court and argument would not aid the decisional process.  See Code

§ 17.1-403; Rule 5A:27.

                                                                                    Affirmed.

_____
       * Pursuant to Code § 17.1-413, this opinion is not designated for publication.